# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
APR 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Victor Torres | Case No. 1:11CR00412 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Victor Torres_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the **home detention** component of the Location Monitoring Program is replaced with the **curfew** component of the Location Monitoring Program. The defendant shall remain subject to passive GPS tracking. He is restricted to his residence every day from 9:00 p.m. to 5:00 a.m., unless otherwise approved in advance by the Pretrial Services Officer. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  3/26/12          _____Montgomery L. Olson_____  3-26-12
Signature of Defendant  Date             Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                    4/9/12
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Anthony P Capozzi_____              3/28/12
Signature of Defense Counsel             Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  4/9/12 .
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                    4/9/12
Signature of Judicial Officer            Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services