1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California 93711
   Telephone: (559) 221-0200
4  Facsimile: (559) 221-7997
   E-mail: capozzilaw@aol.com
5
   Attorney for Defendant,
6  VICTOR TORRES

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) Case No.: 1:11-CR-00412-LJO
                                   )
12         Plaintiff,               )
                                   )
13      vs.                         ) DEFENDANT'S NOTICE OF WAIVER
                                   ) OF PERSONAL APPEARANCE
14 VICTOR TORRES,                   )
                                   )
15         Defendant.               )
   _____)

16

17     Defendant, VICTOR TORRES, waives his right to be present
18 in open Court upon the hearing of any motion or other
19 proceeding in this case, including but not limited to, when
20 the case is ordered set for trial, when a continuance is
21 ordered, and when any other action is taken by the Court
22 before or after trial, except upon arraignment, plea,
23 empanelment of jury and imposition of sentence.
24     Defendant hereby requests the Court proceed during every
25 absence of his which the Court may permit pursuant to this
26 waiver; agrees that his interests will be deemed represented

27

28

at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: December 5, 2011

/s/Victor Torres
VICTOR TORRES

Dated: December 5, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi
Attorney for VICTOR TORRES

**ORDER**

IT IS SO ORDERED.

Dated: **October 1, 2012**    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE