ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
VICTOR MANUEL TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>VICTOR MANUEL TORRES,<br><br>Defendant. | Case No.: 1:11-CR-00412 LJO<br><br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br><br><br>Date: July 29, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 29, 2013, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **October 21, 2013, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and

request that the Court find the following:

    a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by October 21, 2013, the required investigations and discovery will be completed.

    b. The parties request that Informal Objections be filed on September 23, 2013, and Formal Objections be filed on October 8, 2013.

    c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: July 11, 2013  /s/Laurel J. Montoya
LAUREL J. MONTOYA
Attorney for United States


DATED: July 11, 2013  /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
VICTOR MANUEL TORRES

# ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for July 29, 2013, at 8:30 a.m. is continued to **October 21, 2013, at 8:30 a.m.** and the Informal Objections are due on September 23, 2013, and the Formal Objections are due on October 8, 2013.

IT IS SO ORDERED.

Dated: **July 11, 2013**             **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE