# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:11-CR-00412-LJO-SKO-1
Victor Manuel Torres )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Victor Manuel Torres____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the location monitoring/curfew component condition of release.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/8/13    _____  08/08/2013
Signature of Defendant    Date      Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              8/15/2013
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Anthony P Capozzi                                    8/14/13
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on August 15, 2013
☐ The above modification of conditions of release is not ordered.

_____                              8/15/13
Signature of Judicial Officer                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services