1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  anthony@capozzilawoffices.com
5  www.capozzilawoffices.com

6  Attorney for Defendant,
   VICTOR MANUEL TORRES
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11 UNITED STATES OF AMERICA,         ) Case No.: 1:11-CR-00412 LJO
                                     )
12          Plaintiff,                )
                                     )
13     vs.                           ) STIPULATION AND ORDER TO
                                     ) CONTINUE SENTENCING
14                                   )
   VICTOR MANUEL TORRES,             )
15                                   ) Date: October 21, 2013
                                     ) Time:  8:30 a.m.
16          Defendant.                ) Hon. Lawrence J. O'Neill

17

18     Defendant, VICTOR MANUEL TORRES, by and through his

19 attorney of record, Anthony P. Capozzi and the United States

20 Attorney by and through Laurel J. Montoya, hereby stipulate

21 as follows:

22     1. By previous order, this matter was set for sentencing

23 on October 21, 2013, at 8:30 a.m.

24     2. The parties agree and stipulate that Defendant requests

25 this court to continue the sentencing until **November 25, 2013,**

26 **at 8:30 a.m.**

27     3. Additionally, the parties agree and stipulate, and

28 request that the Court find the following:

a. The Defendant pled guilty on May 7, 2013. Additional investigation is needed prior to sentencing the defendant.

b. This continuance is needed in order to allow the defendant and the Probation Office to update the Presentence Report based upon this investigation.

c. The parties request that Informal Objections be filed on October 29, 2013, and Formal Objections be filed on November 12, 2013.

d. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: October 17, 2013       /s/Laurel J. Montoya
                              LAUREL J. MONTOYA
                              Attorney for United States


DATED: October 17, 2013       /s/Anthony P. Capozzi
                              ANTHONY P. CAPOZZI
                              Attorney for Defendant
                              VICTOR MANUEL TORRES

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 21, 2013, at 8:30 a.m. is continued to **November 25, 2013, at 8:30 a.m.** and the Informal Objections be filed on October 29, 2013, and Formal Objections be filed on November 12, 2013
States District Judge

IT IS SO ORDERED.

Dated:  **October 17, 2013**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE