ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
VICTOR MANUEL TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>VICTOR MANUEL TORRES,<br><br>      Defendant. | Case No.: 1:11-CR-00412 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: November 25, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 25, 2013, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 6, 2014, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on May 7, 2013. The Defendant has not been afforded a Safety Valve interview and additional investigation is needed prior to sentencing the defendant.

b. This continuance is needed in order to allow the defendant and the Probation Office to update the Presentence Report based upon further investigation.

c. The parties request that Informal Objections be filed on December 9, 2013, and Formal Objections be filed on December 23, 2013.

d. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: November 18, 2013  /s/Laurel J. Montoya
LAUREL J. MONTOYA
Attorney for United States

DATED: November 18, 2013  /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
VICTOR MANUEL TORRES

# ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for November 25, 2013, at 8:30 a.m. is continued to **January 6, 2014, at 8:30 a.m.** and the Informal Objections be filed on December 9, 2013, and Formal Objections be filed on December 23, 2013

IT IS SO ORDERED.

Dated: **November 19, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE